**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Ilya Khait

                         Plaintiff,

v.                                                                        Case No.: 1:23−cv−01877
                                                                              Honorable Lindsay C. Jenkins

Comcast Corporation

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Plaintiff's response to the motion to dismiss [20] is due on or before September 15, 2023 and Defendant's reply is due by September 29, 2023. At the parties' request [22], the status hearing set for August 24, 2023 [12] to set a case management schedule is stricken and will be reset to a date following the Court's ruling on the motion to dismiss. No report need be filed on August 17, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.