# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ilya Khait

                Plaintiff,

v.                                                Case No.: 1:23−cv−01877

                                                                      Honorable Lindsay C. Jenkins

Comcast Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the Order issued today, Comcast's motion to dismiss [20] is granted. Khait may file a second amended complaint by November 1, 2023, which may not revive any claims he previously abandoned. Defendant's responsive pleading to the second amended complaint is due by November 22, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.