**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Ilya Khait
                Plaintiff,

v.                                          Case No.: 1:23–cv–01877
                                                      Honorable Jeffrey I Cummings

Comcast Corporation
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: On 10/11/23, the Court dismissed plaintiff's first amended complaint and, over defendant's objection, granted plaintiff leave to file a second amended complaint by 11/1/23 if he could do so consistently with the Court's Order and Rule 11. [35]. To date, plaintiff has neither filed a second amended complaint nor sought an extension of time within which to do so. Accordingly, the Court dismisses plaintiff's case with prejudice. Civil matter terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.